```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 42246
   GEORGE P MANOS
   RHEA MANOS                                    CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-4659     SSN XXX-XX-8452
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/30/05 and confirmed on 12/09/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 15643.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 9016.39 | .00 | 2073.77 |
| CAPITAL ONE BANK | UNSECURED | 3288.59 | .00 | 756.38 |
| CAPITAL ONE BANK | UNSECURED | 3203.07 | .00 | 736.71 |
| CAPITAL ONE BANK | UNSECURED | 2406.81 | .00 | 553.57 |
| CAPITAL ONE BANK | UNSECURED | 791.26 | .00 | 181.99 |
| GRDN/CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| GRDN/CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4114.21 | .00 | 946.27 |
| BLOOMINGDALES | UNSECURED | 875.49 | .00 | 201.36 |
| BLOOMINGDALES | UNSECURED | 223.07 | .00 | 51.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 262.38 | .00 | 60.35 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 508.41 | .00 | 116.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 481.12 | .00 | 110.66 |
| SAKS FIFTH AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 1195.27 | .00 | 274.91 |
| NIEMAN MARCUS | UNSECURED | 710.89 | .00 | 163.50 |
| ECAST SETTLEMENT CORP | UNSECURED | 644.38 | .00 | 148.21 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORP | UNSECURED | 344.09 | .00 | 79.14 |
| SMC | UNSECURED | 392.47 | .00 | 90.27 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1189.87 | .00 | 273.67 |
| LORD & TAYLOR | UNSECURED | 187.77 | .00 | 43.19 |
| MARSHALL FIELD | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 389.22 | .00 | 89.52 |
| NORDSTROM FSB | UNSECURED | 925.87 | .00 | 212.95 |

```
PARAGON WAY                  UNSECURED      11026.44          .00       2536.08
PIER I IMPORTS INC           UNSECURED        385.04          .00         88.56
ROUNDUP FUNDING LLC          UNSECURED         75.61          .00         17.39
WORLD FINANCIAL NETWORK      UNSECURED        230.03          .00         52.91
VON MAUR                     UNSECURED         51.87          .00         11.93
WORLD FINANCIAL NETWORK      UNSECURED        346.21          .00         79.63
WORLD FINANCIAL NETWORK      UNSECURED        189.19          .00         43.51
WORLD FINANCIAL NETWORK      UNSECURED        149.00          .00         34.27
WORLD FINANCIAL NETWORK      UNSECURED        110.92          .00         25.51
WORLD FINANCIAL NETWORK      UNSECURED        423.34          .00         97.37
ROUNDUP FUNDING LLC          UNSECURED       7005.21          .00       1611.20
ECAST SETTLEMENT CORP        UNSECURED       1842.14          .00        423.69
B LINE LLC                   UNSECURED        442.73          .00        101.83
ECAST SETTLEMENT CORPORA     UNSECURED        916.76          .00        210.85
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | 54345.12  | .00   | 54345.12 |
| PRINCIPAL PAID     | .00     | .00      | 12499.39  | .00   | 12499.39 |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00 |
| TOTAL PAID         | .00     | .00      | 12499.39  | .00   | 12499.39 |

The Debtor's attorney, JOHN C DENT                    , was allowed $   2700.00
and was paid $    400.00   direct and $   2300.00   through the plan.

The Trustee received $    461.60 .

Refunds to the Debtor totaled $    382.01 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 05 B 42246 GEORGE P MANOS & RHEA MANOS